UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

DEBRA M. PROCTOR,                    )
                                     )
          Plaintiff,                 )
                                     )
     v.                              )          Civil No. 05-181-B-W
                                     )
JO ANNE B. BARNHART,                 )
Commissioner of Social Security,     )
                                     )
          Defendant.                 )


**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**


The United States Magistrate Judge filed with the Court on September 29, 2006 his Recommended Decision.  The Plaintiff filed her objections to the Recommended Decision on October 18, 2006 and the Defendant filed her Response to those objections on October 20, 2006.  I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1.    It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2.    It is further ORDERED that the Commissioner's decision be and hereby is AFFIRMED.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 24th day of October, 2006